**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOI
PEORIA DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 |
| DEBRA LYNN EVANS, ) | |
| ) | Case No. 14-81356 |
| Debtor. ) | |

**DEBTOR'S OBJECTION TO CLAIM #4-1 FILED BY
OAK HARBOR CAPITAL IV, LLC**

**COMES NOW** the Debtor, by and through Counsel, and object to claim #4-1 filed by Oak Harbor Capital IV, LLC (hereafter "Oak Harbor"), stating the following:

1. On July 31, 2014, Debtor filed a Petition and Plan pursuant to Chapter 13 of the Bankruptcy Code;

2. On August 7, 2014, Oak Harbor filed a proof of claim, stating an unsecured claim by original creditor Capital One (account ending -8511) for $10,368.32.

3. Debtor filed a previous Chapter 13 case, Case 11-83159, in which Oak Harbor filed Claim 6-1, stating an unsecured claim by original creditor Capital One (account ending -8511) for $10,368.32.

4. According to the Chapter 13 Standing Trustee's Final Report and Account filed 05/02/2014 in Debtor's previous bankruptcy case (Case No. 11-83159), $3,696.31 was paid to Oak Harbor during that case, which would reduce the claim owed by Debtor.

**WHEREFORE**, Debtor objects to Claim #4-1 filed by Oak Harbor and asks that such claim be amended to show the actual reduced claim amount and for all further relief which the Court finds is just and proper in the premises.

Respectfully submitted,


/s/ Jill M. Arnold
Jill M. Arnold, 6287989
Counsel for Debtors
Ostling & Associates
201 W. Olive St.
Bloomington, IL 61701
(309) 827-3030


## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that a copy of the attached was served electronically and by United States First Class mail, postage prepaid, upon each of the following, this 4th day of November 2014.

Debra Evans, 200 Greenbrook Dr., Pekin, IL 61554

Office of the Clerk, United States Bankruptcy Court

Michael Clark, Chapter 13 Trustee

U.S. Trustee


/s/ Jill M. Arnold
Jill M. Arnold