Form pdclmobj

## UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Debra Lynn Evans  *Case No.:* 14–81356
*Debtor*

*Chapter:* 13

---

### NOTICE SETTING ANSWER DEADLINE TO OBJECTION TO CLAIM

*Notice is hereby provided:*

The debtor has filed an objection to claim #4−1 filed by Oak Harbor Capital IV, LLC.

This pleading may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

*If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court at the address listed above on or before 12/19/14. You must serve a copy on the debtor's attorney,*

*Jill M Arnold*
*Ostling & Associates*
*201 W. Olive St.*
*Bloomington, IL 61701*

*You must file your answer early enough so that the court will receive it on or before this date.*

*ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.*

Dated: 11/17/14

Khadijia V. Thomas
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's **mandatory** electronic filing policy.